1 | Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
2 | Lindsey N. Heaton - 269688ELLIS LAW GROUP, LLP
555 University Avenue, Suite 200 East
3 | Sacramento, CA 95825
Tel: (916) 283-8820
4 | Fax: (916) 283-8821
mellis@ellislawgrp.com
5 | asteinheimer@ellislawgrp.com
lheaton@ellislawgrp.com
6
Attorneys for
7 | DEFENDANT AMERICAN CREDIT BUREAU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| KATHERINE REYES, | Case No.: 11-CV-03947-SBA |
|---|---|
| Plaintiff, | **ORDER EXTENDING MEDIATION CUTOFF** |
| v. | |
| AMERICAN CREDIT BUREAU, INC., | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, the mediation cutoff is extended to July 1, 2012.

Dated: _4/13/12

By _____*Saundra B. Armstrong*_____
Hon. Saundra Brown Armstrong

- 1 -

[PROPOSED] ORDER EXTENDING MEDIATION CUTOFF