1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  Lindsey N. Heaton - 269688ELLIS LAW GROUP, LLP
   555 University Avenue, Suite 200 East
3  Sacramento, CA  95825
   Tel: (916) 283-8820
4  Fax: (916) 283-8821
   mellis@ellislawgrp.com
5  asteinheimer@ellislawgrp.com
   lheaton@ellislawgrp.com
6
   Attorneys for
7  DEFENDANT AMERICAN CREDIT BUREAU, INC.

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND
12

13 | KATHERINE REYES,                  | Case No.:  11-CV-03947-SBA

         Plaintiff,                    | **ORDER EXTENDING MEDIATION CUTOFF**
14
   v.
15
   AMERICAN CREDIT BUREAU, INC.,
16
         Defendant.
17

18

19
        IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, the mediation cutoff
20
   is extended to July 1, 2012.
21

22

23 Dated: _4/13/12

                                By   _Saundra B. Armstrong_____
24                                   Hon. Saundra Brown Armstrong

25

26

27

28

- 1 -

[PROPOSED] ORDER EXTENDING MEDIATION CUTOFF