# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE REYES, | Case No.: 11-CV-03947-SBA |
| Plaintiff, | **ORDER** |
| v. | |
| AMERICAN CREDIT BUREAU, INC., | |
| Defendant/Third Party Plaintiff, | |
| v. | |
| EMERYVILLE DENTAL CARE, | |
| Third Party Defendant. | |

IT IS HEREBY ORDERED that the parties' Stipulation to Continue the ADR deadline is granted.  The July 1, 2012, mediation cut-off date is vacated and the new mediation cut-off date is September 1, 2012.

Dated this _20TH day of June, 2012.

_____
Honorable Saundra Brown Armstrong