Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Lindsey N. Heaton - 269688
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
lheaton@ellislawgrp.com

Attorneys for Defendant/Third Party Complainant AMERICAN CREDIT BUREAU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHERINE REYES, | Case No.:  11-CV-03947-SBA |
| Plaintiff, | **ORDER** |
| v. | |
| AMERICAN CREDIT BUREAU, INC., | |
| Defendant/Third-Party Complainant, | |
| v. | |
| EMERYVILLE DENTAL CARE | |
| Third- Party Defendant. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY ORDERED THAT Defendant American Credit Bureau, Inc.'s Ex Parte Application to Extend Motion Hearing Deadline is GRANTED.  Defendant's Motion for Summary Judgment shall be filed by no later than February 14, 2013, Plaintiff's opposition shall be filed by no later than February 28, 2013, and Defendant's reply shall be filed by no later than March 7, 2013.  A hearing on Defendant's motion is scheduled for March 26, 2013 at 1:00 p.m.

IT IS SO ORDERED

Dated:  __2/12/13

_____
Honorable Saundra B. Armstrong
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28