Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorneys for Plaintiff

Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Lindsey N. Heaton - 269688
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
lheaton@ellislawgrp.com

Attorneys for
DEFENDANT AMERICAN CREDIT BUREAU, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE REYES, | Case No.: 11-CV-03947-SBA |
| Plaintiff, | **STIPULATION [AND PROPOSED ORDER] TO DISMISS PLAINTIFF KATHERINE REYES' COMPLAINT AGAINST DEFENDANT AMERICAN CREDIT BUREAU WITH PREJUDICE** |
| v. | |
| AMERICAN CREDIT BUREAU, INC., | |
| Defendant/Third Party Plaintiff, | |
| v. | |
| EMERYVILLE DENTAL CARE, | |
| Third Party Defendant. | |

NOW COME Plaintiff, KATHERINE REYES ("Plaintiff"), and Defendant, AMERICAN CREDIT BUREAU ("Defendant"), by and through their attorneys and hereby stipulate to dismiss with prejudice, Plaintiff's Complaint against Defendant American Credit Bureau pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and expenses. The instant stipulation only pertains to Plaintiff Reyes' complaint against Defendant American Credit Bureau. Defendant, American Credit Bureau reserves the right to pursue its claims against Cross-Defendant, Emeryville Dental Care.

DATED: March 5, 2013     Law Offices of Todd M. Friedman, P.C.

                                      s/ Todd M. Friedman
                                      Todd M. Friedman, Esq.
                                      Attorney for Plaintiff,
                                      Katherine Reyes

DATED: March 5, 2013     ELLIS LAW GROUP, LLP

                                      s/ Lindsey N. Heaton
                                      Lindsey N. Heaton, Esq.
                                      Attorney for Defendant,
                                      American Credit Bureau, Inc.

IT IS SO ORDERED.

Date: 3/6/13     By: *Sandra B. Armstrong*
                              Hon. United States District Court Judge

Filed electronically on this 5th day of March, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Rose Magno, D.D.S.
dba Emeryville Dental Care
P.O. Box 1496
Alameda CA 94501

Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Lindsey N. Heaton - 269688
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
lheaton@ellislawgrp.com

This 5th day of March, 2013.

s/Todd M. Friedman
Todd M. Friedman