```
 1  Mark E. Ellis - 127159
    Andrew M. Steinheimer - 200524
 2  Elizabeth A. Handelin - 275710
    ELLIS LAW GROUP, LLP
 3  740 University Avenue, Suite 100
    Sacramento, CA  95825
 4  Tel: (916) 283-8820
    Fax: (916) 283-8821
 5  mellis@ellislawgrp.com
    asteinheimer@ellislawgrp.com
 6  ehandelin@ellislawgrp.com

 7  Attorneys for DEFENDANT/THIRD PARTY COMPLAINANT AMERICAN CREDIT BUREAU,
    INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| KATHERINE REYES, | Case No.: 11-CV-03947-SBA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE |
| v. | |
| AMERICAN CREDIT BUREAU, INC., | |
| Defendant/Third-Party Complainant, | |
| v. | |
| EMERYVILLE DENTAL CARE | |
| Third- Party Defendant. | |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-caption action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

IT IS SO ORDERED

Dated:  4/11/13

*Saundra B. Armstrong*
Honorable Saundra B. Armstrong
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE; AND PROPOSED ORDER