1 Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
2 Elizabeth A. Handelin - 275710
ELLIS LAW GROUP, LLP
3 740 University Avenue, Suite 100
Sacramento, CA 95825
4 Tel: (916) 283-8820
Fax: (916) 283-8821
5 mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
6 ehandelin@ellislawgrp.com

7 Attorneys for DEFENDANT/THIRD PARTY COMPLAINANT AMERICAN CREDIT BUREAU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHERINE REYES,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN CREDIT BUREAU, INC.,<br><br>    Defendant/Third-Party Complainant,<br><br>v.<br><br>EMERYVILLE DENTAL CARE<br><br>    Third- Party Defendant. | Case No.: 11-CV-03947-SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-caption action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

IT IS SO ORDERED

Dated: 4/11/13

*Saundra B. Armstrong*
Honorable Saundra B. Armstrong
United States District Judge

- 1 -